IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-2-BO

UNITED STATES OF AMERICA :
:
v. :
:
JOHNNIE LEE DANIEL :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on March 17, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the real property listed in the March 17, 2010 Preliminary Order of Forfeiture, to wit:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 5486 Quail Roost Road, Battleboro, North Carolina. Legally described in Book 1929, Pages 115-116 of the Nash County Register of Deeds, North Carolina and titled in the name of Johnnie L. Daniel;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between March 20, 2010 and April 18, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to

petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited real property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the real property described in this Court's March 17, 2010 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the March 17, 2010 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the real property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __4__ of day __April__, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE