UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:10CR000002-001BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| JOHNNIE LEE DANIEL, | ) | |

It now appearing to the court that the said Johnnie Lee Daniel died on or about February 21, 2013. At which time a remaining liability existed in the amount of $11,050.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 11 day of March, 2013.

Terrence W. Boyle
U.S. District Court Judge